UNITED STATES BANKRUPTCY COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

In re:

DeWitt Clark Marple, and

Jeanne Kay Marple;

    Debtors.

Case No.: 2013-32199-E-13C
DCN-NBC-1

DATE: December 10, 2013
TIME: 3:00 p.m.
JUDGE: Ronald H. Sargis
PLACE: U.S. Bankruptcy Court
501 I Street, 6th Floor
Courtroom 33
Sacramento, CA 95814

## ORDER VALUING SECURED CLAIM
## OF BANK OF AMERICA, N.A.

The Motion to Value the Secured Claim of Bank of America, N.A. filed by DeWitt Clark Marple and Jennie Kay Marple, the Chapter 13 Debtors ("Debtor") having been presented to the court, the parties having filed a written stipulation resolving all issues in this Contested Matter, and upon review of the pleadings, evidence, arguments of counsel, and good cause appearing,

**IT IS ORDERED** that the Motion pursuant to 11 U.S.C. § 506(a) is granted and the claim of Bank of America, N.A. secured by a second deed of trust recorded against the real property commonly known as

1

STIPULATION

RECEIVED
November 22, 2013
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0005035964

1148 Washington Street, Red Bluff, California (the "Property"), is determined to be a secured claim in the amount of $0.00, and the balance of the claim is a general unsecured claim to be paid through the confirmed bankruptcy plan. The value of the Property is less than the obligations secured by senior liens against the Property. The Parties did not stipulate to a specific value of the Property.

The parties have included in their Stipulation further agreements as to plan terms and other matters beyond the scope of a motion to value secured claim which are not made part of this order, but are express representations and terms upon which the parties have relied in entered into the Stipulation resolving this Contested Matter.

Dated: November 25, 2013

By the Court

Ronald H. Sargis, Judge
United States Bankruptcy Court

2

STIPULATION